UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROLYN WOLFE<br>　　　　Plaintiff,<br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>　　　　Defendant, | ) Case No. 1:18-cv-02054-TWP-TAB<br>)<br>) **JOINT STIPULATION AND ORDER**<br>) **FOR DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

Pursuant to the joint stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Date: 10/22/2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF